Yvonne Gallegos G062843
Name and Prisoner/Booking Number

Estrella detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 2 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Yvonne Hernandez Gallegos
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone et al,
(Full Name of Defendant)

(2) Maricopa County Sheriff Office

(3) Estrella Jail,

(4) CtS Medical Services

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-00149-PHX-DLR--MTM
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2.   Institution/city where violation occurred: Estrella detention Facility
     Phoenix, AZ 85003

3.

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: *Paul Penzone*. The first Defendant is employed as: *Maricopa County Sheriff* at *Estrella Detention Facility*
   (Position and Title)                                                    (Institution)

2. Name of second Defendant: *MCSO*. The second Defendant is employed as: *Detention Center* at *Phoenix, AZ*
   (Position and Title)                                                    (Institution)

3. Name of third Defendant: *Estrella Jail*. The third Defendant is employed as: *Detention Center* at *Estella Jail*
   (Position and Title)                                                    (Institution)

4. Name of fourth Defendant: *CHS Medical Service*. The fourth Defendant is employed as: *Correctional Health Facility* at *Phoenix, AZ Estrella Jail*
   (Position and Title)                                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☐ Yes      ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties:_____v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties:_____v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _8th Amendent_

2.  **Count I.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

- [x] Basic necessities
- [ ] Disciplinary proceedings
- [ ] Excessive force by an officer
- [ ] Mail
- [ ] Property
- [ ] Threat to safety
- [ ] Access to the court
- [ ] Exercise of religion
- [ ] Other:_____
- [ ] Medical care
- [ ] Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Visable infestation & colonization of toxic Black mold in showers, sinks, Drinking water faucets toilets & ventilation system. In addition to the moldy oranges and bread given daily to inmates/prisoners toxic mold passes spores which are carried in air currents these spores are toxic, once inhaled ingested or touched, poisioning is then endured with stomach pains & diareha. the facility does not have the appropiate level of health care available to test & diagnose Black mold poisoning._

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_Emotional & physical & Mental Injury as well as long term effects to health._

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? — [x] Yes  [ ] No
    b.  Did you submit a request for administrative relief on Count I? — [ ] Yes  [x] No
    c.  Did you appeal your request for relief on Count I to the highest level? — [ ] Yes  [x] No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Staff failed to knowledge Black mold as a serious concern._

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1997 g, Title 42
PRIORITES FOR USE OFFoods

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☒ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Also appropriate authorities have not made correction use of Food according to 1997 g. to fix such UNCONSTITUTIONAL OR Illegal conditions which Exits

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Having to continue living in UNConstitional conditions

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No
   2. Did you submit a request for administrative relief on Count II?     ☐ Yes    ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?     ☐ Yes    ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. STaFFs Retaliation Against Serious Concerns

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _1997 l. title 42_
_Respecting Standard of Care_

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☒ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_The Standard of care are not up to the correct standards due to being sick because of the black mold due to extended exposure in Estrella Jail detention center._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_long term health injury due to Mold poisoning_

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes      ☐ No
   2. Did you submit a request for administrative relief on Count III?      ☐ Yes      ☒ No
   3. Did you appeal your request for relief on Count III to the highest level?      ☐ Yes      ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Due to Retaliation to Inmates_

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E.    REQUEST FOR RELIEF

State the relief you are seeking:

Relief being sought for injuries done due to plaintiff while housed in Estrella Jail Detention Facility in complete Violation of plaintiff 8 & 14 Amendment Rights along with complete Negligence & long term effects. Seeking $75,000.00 in Monetary damages per court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/27/2023__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date _____ **January 17, 2024** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____    **B4627**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

USDC Certification

09/09/20